**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| DAVID KRZYCKI,<br><br>      Plaintiff,<br><br>v.<br><br>OMAHA NEON SIGN COMPANY, INC.,<br><br>      Defendant. | CASE NO. 8:16CV536<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

NOW on this 13th day of December, 2017, this matter comes on before the Court on the parties' Joint Stipulation of Dismissal. The Court, being duly advised in the premises, finds that said stipulation is sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the Complaint of the Plaintiff against Defendant, Omaha Neon Sign Company, Inc., is dismissed with prejudice, each party to pay their own fees and costs.

BY THE COURT:

    s/ Joseph F. Bataillon
Senior United States District Judge

Prepared and submitted by:

Heidi A. Guttau-Fox (NE# 21570)
Kara E. Stockdale (NE# 25356)
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102
402-344-0500
402-344-0588 (facsimile)
hguttau-fox@bairdholm.com
*Counsel for Defendant*